Ernest KRAMME, Appellant,

v.

SAFELITE GROUP, INC.; Safelite Fulfillment, Inc.; Safelite Glass Corporation; Safelite Autoglass, Inc., Appellees.

No. 07–1247.

United States Court of Appeals, Eighth Circuit.

Submitted: June 6, 2008.

Filed: June 11, 2008.

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Ernest Kramme appeals the district court's[1] adverse grant of summary judgment on his claims brought under the Age Discrimination in Employment Act. After reviewing the record de novo, viewing the evidence and all reasonable inferences from in a light most favorable to Kramme,

1. The Honorable Robert T. Dawson, United States District Judge for the Western District

see *Jacob–Mua v. Veneman*, 289 F.3d 517, 520 (8th Cir.2002), we find no basis for reversal. Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.